UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALAN RAY HANDY,

          Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

          Defendant.

CASE NO. C13-5937BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 23. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Plaintiff is granted attorney fees in the amount of $7,147.19, costs in the amount of $400.00 and expenses in the amount of $59.12.

(3) Subject to any offset allowed under the Treasury Offset Program, as discussed in <u>Astrue v. Ratliff</u>, 130 S. Ct. 2521, 560 U.S. ___ (2010), payment of this award shall be sent to plaintiff's attorney Todd R. Renda at his address: 6314 19th St. West, Suite 21, Tacoma, Washington 98466-6223.

ORDER - 1

(4) After the Court issues this Order, defendant will consider the matter of plaintiff's assignment of EAJA fees and expenses to plaintiff's attorney. Pursuant to Astrue v. Ratliff, the ability to honor the assignment will depend on whether the EAJA fees and expenses are subject to any offset allowed under the Treasury Offset Program. Defendant agrees to contact the Department of Treasury after this Order is entered to determine whether the EAJA attorney fees and expenses are subject to any offset. If the EAJA attorney fees and expenses are not subject to any offset, those fees and expenses will be paid directly to plaintiff's attorney Todd R. Renda, either by direct deposit or by check payable to him and mailed to his address.

Dated this 15th day December, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge